IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MOULAY,                          )
                                         )     2:09-cv-03213-GEB-KJN
                Plaintiff,               )
                                         )
        v.                               )     ORDER DENYING MOTION FOR
                                         )     RECONSIDERATION
RAGINGWIRE ENTERPRISE SOLUTIONS,         )
INC., a Nevada Corporation; and          )
DOES 1 through 10, inclusive,            )
                                         )
                Defendant.               )
_____         )

        Defendant requests reconsideration of the Magistrate Judge's
November 4, 2010 Order, which denied Defendant's Motion for Protective
Order on the grounds that Defendant "failed to demonstrate the requisite
good cause in support of the entry of such a protective order." (ECF No.
25, 2:9-13.)

        Pursuant to E.D. Cal. R. 303(f) and Federal Rule of Civil
Procedure 72(a), a magistrate judge's orders shall be upheld unless
"clearly erroneous" or "contrary to law." Upon review of the entire
file, the court finds that Defendant has not shown the Magistrate
Judge's ruling was clearly erroneous or contrary to law. Therefore,
Defendant's request for reconsideration is DENIED.

Dated:  November 22, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28