LAW OFFICES OF MICHAEL TRACY
MICHAEL L. TRACY, Cal. Bar No. 237779
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, Cal. Bar No. 227776
mhutchins@michaeltracylaw.com
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:   (949) 260-9171
Facsimile:   (866) 365-3051

Attorneys for Plaintiff
PHILLIP MOULAY

JACKSON LEWIS LLP
CARY G. PALMER, Cal. Bar No. 186601
palmerc@jacksonlewis.com
JAMES T. JONES, Cal. Bar No. 167967
jonesj@jacksonlewis.com
ERIKA BARBARA PICKLES, Cal. Bar No. 215702
picklese@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendant
RAGINGWIRE ENTERPRISE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILLIP MOULAY, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAGINGWIRE ENTERPRISE SOLUTIONS, INC., a Nevada corporation; and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 2:09-CV-03213-KJM-KJN<br><br>**JOINT STIPULATION AND ORDER AMENDING SCHEDULING ORDER TO CONTINUE DISCOVERY CUT-OFF**<br><br>Complaint Filed:   October 7, 2009<br>Trial Date:   October 25, 2011 |

1

1   **IT IS HEREBY STIPULATED AND AGREED** by the parties to the above-captioned action, Plaintiff Phillip Moulay and Defendant RagingWire Enterprise Solutions, Inc. (collectively referred to as "the parties"), by and through their counsel of record, that the Status (Pretrial Scheduling) Order entered by Judge Garland E. Burrell Jr. on March 24, 2010 be amended to continue the discovery cut-off from March 16, 2011 to April 1, 2011.  Pursuant to Local Rule 144, the parties confirm that no previous extensions to the discovery cut-off have been obtained.  The parties do not seek the modification of any other dates set by the Status Order, including the trial date.

The proposed modification of the Status Order is proper under Federal Rule of Civil Procedure 16(b)(4), which allows the Court to modify a scheduling order upon a showing of good cause.  Fed. R. Civ. Proc. 16(b)(4); Johnson v. Mammoth Recreations, Inc. (9th Cir. 1992) 975 F.2d 604, 607-608.  Good cause exists for the brief continuance of the discovery cut-off to April 1, 2011 because despite the parties' diligent efforts, they have been unable to schedule a Rule 30(b)(6) deposition of Defendant until February 18, 2011, which is approximately three weeks before the scheduled discovery cut-off.  Plaintiff initially noticed Defendant's deposition for January 19, 2011, but because of scheduling conflicts (which include defense counsel's involvement in a prolonged trial in San Francisco Superior Court), the deposition could not occur on that day and the parties began discussions to schedule it for an alternate day.  After considerable communications, the parties have agreed that the deposition can take place on February 18, 2011.  Although the parties do not anticipate any issues at the deposition, Plaintiff will not have enough time before the current discovery cut-off to file a motion to compel regarding the deposition if such a motion becomes necessary.  As such, the parties stipulate that the discovery cut-off be continued from March 16, 2011 to April 1, 2011.

Neither the parties nor the Court will be prejudiced by the short continuance of the discovery deadline.  It will not impact any other deadlines in the case, including the trial date.

///

///

///

2

The parties hereby stipulate to an order containing the terms of this Stipulation, and respectfully request the Court to issue such an order.

**IT IS SO STIPULATED.**

Date: February 3, 2011          LAW OFFICES OF MICHAEL TRACY

By /s/ *Michael L. Tracy* [authorized 2/1/11]
     MICHAEL L. TRACY
     MEGAN ROSS HUTCHINS

Attorneys for Plaintiff Phillip Moulay

Date: February 3, 2011          JACKSON LEWIS LLP

By:/s/ *James T. Jones*
     CARY G. PALMER
     JAMES T. JONES
     ERIKA BARBARA PICKLES

Attorneys for Defendant RagingWire Enterprise Solutions, Inc.

## ORDER

Pursuant to the above Stipulation of the parties, the March 24, 2010 Status (Pretrial Scheduling) Order is amended to continue the discovery cut-off from March 16, 2011 to April 1, 2011. No other dates in the Status Order are altered by this Order.

**IT IS SO ORDERED.**

Dated: February 7, 2011.

_____
UNITED STATES DISTRICT JUDGE