# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MOULAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RAGINGWIRE ENTERPRISE SOLUTIONS, INC., a Nevada corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-3213-KJM- KJN<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

As provided by Federal Rules of Civil Procedure, Rule 41(a)(1), this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

Dated: June 15, 2011.

_____
UNITED STATES DISTRICT JUDGE

-1-